# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SOUND INPATIENT PHYSICIANS, INC. AND ROBERT A. BESSLER, M.D.,<br><br>  Plaintiffs,<br><br>v.<br><br>T.M. CARR, M.D.,<br><br>  Defendant | CIVIL ACTION NO.<br>2:19-cv-02034-TLP-dkv |

## NOTICE OF SERVICE

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure and Rule 26.1(a)(2) of the Local Rules of the United States District Court for the Western District of Tennessee, the undersigned attorney hereby certifies that on January 27, 2020, **DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS** were served on Plaintiffs' counsel by electronic mail as follows:

> Pam W. Blair
> McNabb, Bragorgos, Burgess & Sorin, PLLC
> 81 Monroe, Sixth Floor
> Memphis, TN  38103
> pblair@mbbslaw.com

> John P. Passarelli
> Carol A. Svolos
> The Omaha Building
> 1650 Farman Street
> Omaha, NE  68102-2186
> john.passarelli@kutakrock.com
> carol.svolos@kutakrock.com

**MOORE & VAN ALLEN, PLLC**

s/ Emily C. Pera
Mark A. Nebrig (Admitted Pro Hac Vice)
Emily C. Pera
100 North Tryon Street, Suite 4700
Charlotte, NC 28202-4003
Telephone: (704) 331-3787
Fax: (704) 339-5997
marknebrig@mvalaw.com
emilypera@mvalaw.com

*Attorneys for Defendant, T.M. Carr, M.D.*