# EXHIBIT A

**Brookwood**Associates

# CONFIDENTIAL INFORMATION

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians (RS)
Project Omaha (PCS)
6/18/2015 2:21:57 PM



# PROFESSIONAL COVERAGE SERVICES PLLC

April 2015

# CONFIDENTIALITY

Brookwood Associates, LLC ("Brookwood") has been retained by Professional Coverage Services PLLC (collectively, "PCS" or the "Company"), to serve as its exclusive financial advisor to explore strategic alternatives for PCS. This Confidential Information Memorandum (the "Memorandum") is being delivered to the recipient based upon the recipient's expressed interest in acquiring PCS (a "Transaction"). The sole purpose of this Memorandum is to assist the recipient in deciding whether to proceed with an in-depth investigation of PCS in accordance with procedures established by PCS and Brookwood. Brookwood has not independently verified any of the information contained herein. Neither PCS nor any of its respective officers, directors, managers, members, affiliates or representatives nor Brookwood or its affiliates, controlling persons or representatives makes any representation or warranty, express or implied, as to the accuracy or completeness of the information contained herein or any other written or oral communication transmitted or made available to any recipient. PCS and Brookwood and their respective affiliates and representatives expressly disclaim any and all liability based, in whole or in part, on such information, errors therein or omissions there from. This Memorandum does not purport to contain all of the information that may be required to evaluate all of the factors that would be relevant to a recipient considering entering into a Transaction, and any recipient hereof should conduct its own investigation and analysis. This Memorandum includes certain forward-looking statements provided by PCS with respect to the anticipated future performance of PCS. Such forward looking statements reflect various assumptions of management concerning the future performance of PCS, which assumptions may or may not prove to be correct. The actual results will vary from the anticipated results and such variations may be material. No representations or warranties are made as to the accuracy or reasonableness of such assumptions or the forward-looking statements based thereon. Only those representations and warranties which may be made in a definitive written agreement relating to a Transaction, when and if executed by PCS, and subject to any limitations and restrictions as may be specified in such definitive agreement, shall have any legal effect. The distribution and use by a recipient of the information contained herein and any other information provided to the recipient by PCS or Brookwood is governed by a confidentiality agreement, a copy of which has been executed and delivered by the recipient.

CONFIDENTIAL

# CONTACT INFORMATION

All communications or inquiries relating to PCS should be directed to Brookwood. No personnel of PCS should be contacted directly under any circumstances. Please direct all inquiries to the following Brookwood professionals:

**Brookwood**Associates

Russell Bryan
Managing Director
(704) 705-3652
crb@brookwoodassociates.com

Carter Brenneman
Associate
(704) 705-3658
cb@brookwoodassociates.com

Michael Finneran
Analyst
(704) 705-3388
mf@brookwoodassociates.com

CONFIDENTIAL. Downloaded by: Brian Houlihan Sound Project Omaha (PCS) 6/18/2015 2:21:17 PM

CONFIDENTIAL

**EXECUTIVE SUMMARY**

**MEMPHIS MARKET OVERVIEW**

**PRACTICE OVERVIEW**

**GROWTH OPPORTUNITIES**

**CONSOLIDATED FINANCIAL SUMMARY**

CONFIDENTIAL
Downloaded by:
Dorian Hoffman
Sound Physicians (PCS)
Project Omaha (PCS)
6/18/2015 21:57 PM

# INVESTMENT HIGHLIGHTS

## VALUABLE HOSPITAL RELATIONSHIP

✓ Premier hospital system with renowned multi-specialty expertise

✓ Tenured relationship of over 25 years demonstrates strength of ED management contract

✓ Hospital system benefits from both population growth and by capturing additional market share

✓ Only system in Memphis area that contracts with all major insurance payors

## ATTRACTIVE HOSPITAL MARKET

✓ Memphis MSA has a favorable regulatory environment with one of the lowest costs of doing business

✓ Steady historic population growth

✓ Significant improvements in the regional labor market

✓ Recent Methodist Le Bonheur expansion into areas with attractive demographics and strong payor mixes

## OPPORTUNITY TO MAXIMIZE CONTRACT INCOME

✓ Reduce current billing costs by consolidating billing and obtaining a market-competitive billing rate

✓ Improve net income through the consolidation of operations and center management

✓ Optimize share of center-level profit by directly staffing

✓ Leverage resources and analytics of strategic partner to improve utilization and add recruitment efficiencies

## EXCELLENT ED RECRUITING & CLINICAL QUALITY

✓ EM Fellowship Program at Methodist North and Methodist South Hospitals to help train MDs

✓ Methodist University Hospital is the University of Tennessee School of Medicine's main academic center and principal teaching hospital

✓ Emergency Medicine Residency Program through University of Tennessee scheduled to start in July, 2015 – enhancing recruiting and supply of trained ED physicians

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians
Project Omaha (PCS)
6/18/2015 2:21:57 PM

BrookwoodAssociates

5

# TENURED EMERGENCY DEPARTMENT MANAGEMENT COMPANY

- Professional Coverage Services serves as the exclusive provider of ED physician services in the ED for Methodist Le Bonheur Healthcare System ("Methodist") – the leading hospital system located in Memphis, TN

  - PCS manages five Methodist hospital EDs
  - Longstanding relationship with Methodist for more than 25 years

    - North Hospital: 22 years
    - South Hospital: 18 years
    - University Hospital: 6 years
    - Germantown Hospital: 21 years
    - Olive Branch: 2 years



**GROSS COLLECTIONS**

*(in millions)*

9.1% CAGR

*2014: Includes a pro-forma adjustment for Center III collections detailed on page 31*



**PATIENT VOLUME**

*(thousands of patients)*

6.4% CAGR

(1) Center I: North, South, 5% of University
(2) Center II: 95% of University
(3) Center III: Germantown
(4) Center IV: Olive Branch



**ADJUSTED CENTER-LEVEL CONTRIBUTION**

*(in millions)*

*2013: Excludes a $562K loss from start-up costs associated with Center IV (Olive Branch)*

CONFIDENTIAL
Uploaded by: Brad Hoffman
Sound Physicians
Project Orion PCS.COM
6/18/2015 2:41 PM

Brookwood Associates

CONFIDENTIAL

SOUND002279

# STRONG RELATIONSHIP WITH RENOWNED HEALTHCARE SYSTEM



☐ Methodist Le Bonheur is a not-for-profit healthcare system based in Memphis, TN

☐ Operates seven hospitals in the Memphis metropolitan region; its five adult hospitals include:

  – Methodist University Hospital (617 beds); new, state-of-the-art ED opened in September 2014
  – Methodist North Hospital (246 beds)
  – Methodist South Hospital (156 beds)
  – Methodist Le Bonheur Germantown Hospital (300 beds)
  – Methodist Olive Branch Hospital (100 beds); opened in 2013

☐ Dr. Thomas Carr first contracted with Methodist in 1992 at Methodist North. His ability to continually renew this contract is a testament to the superior performance of the emergency department and the strong relationship built over 20 years

  – North – 1992
  – South – 1996
  – University – 2008 (relationship dating back to 1992)
  – Germantown – 1993
  – Olive Branch – 2013

Brookwood Associates

## METHODIST'S PRESENCE IN MEMPHIS



CONFIDENTIAL Downloaded by: Brian Hoffman Sound Physicians (PCS) Project Omaha 6/18/2015 2:21:57 PM

## METHODIST LE BONHEUR SYSTEM KEY STATISTICS[1]

☐ Total admissions – 63,371
☐ Total outpatient visits – 343,387
☐ For first nine months of 2014, ER visits system-wide (totaling 243,717) increased 2.8%; 310,311 ER visits system-wide in 2013
☐ Surgical procedures – 39,507 (inpatient & outpatient)
☐ Newborn admissions (births) – 5,702
☐ Total licensed beds – 1,629
☐ Total associates – 12,388
☐ Over $1.2 billion in revenue for 1st nine months of 2014
☐ Bond rating – A2

[1]Data for all 7 Methodist Le Bonheur hospitals

CONFIDENTIAL

# REASON FOR SALE

❏ Dr. Carr is exploring opportunities to partner with a larger organization that can provide scalable resources by:

— Navigating the increasing complexity of billing services and payor negotiations by consolidating these activities and related administrative services (or utilizing existing in-house resources)

— Managing ongoing high-quality physician and mid-level provider recruiting to support further growth in the Memphis market

— Standardizing provider compensation and implementing a single-entity leadership model

❏ Given PCS' long history of continued care to the Memphis area, PCS has developed many deep relationships within the Methodist hospital system and the community

— It would be imperative that a buyer continue providing a similar level and quality of service to the hospital

❏ Post sale, Dr. Carr would take an active role in helping solidify the hospital relationship with the new owner, working to best integrate PCS onto a new platform and provide ongoing consulting leadership

BrookwoodAssociates

8

CONFIDENTIAL

Downloaded by: Brian Hoffman Sound Physicians (PCS) Project Omaha 6/18/2015 3:21:57 PM

SOUND002281

EXECUTIVE SUMMARY

MEMPHIS MARKET OVERVIEW

PRACTICE OVERVIEW

GROWTH OPPORTUNITIES

CONSOLIDATED FINANCIAL SUMMARY

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians (PCS)
Project Omaha (PCS)
6/18/2015 21:57 PM

CONFIDENTIAL

# ATTRACTIVE MEMPHIS MARKET

☐ **Advantageous Location in Memphis Metro Area**

- The Memphis MSA covers counties in three states: Tennessee, Arkansas and Mississippi

- City of Memphis is the 20th largest city in the U.S. (population of 657,457); the Memphis MSA has approximately 1.3 million people[1]

- Among Tier 2 cities in the U.S., Memphis has the 5th lowest cost of doing business[2]

  - Cost of business in Memphis is 4.2% lower than the national average (evidenced by its cost index of 95.8 vs. U.S. baseline of 100)

  - Three *Fortune 500* companies are headquartered in Memphis: FedEx, International Paper and AutoZone

- Four of five of the Memphis-area's component regions have experienced significant improvements in their labor markets

☐ **Favorable Tennessee Regulatory Environment**

- In Tennessee, hospital-based physicians can't be employed by the hospital at which they work due to Corporate Practice of Medicine laws in the state





CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians (BCG)
Project Omaha (BCG)
6/18/2015 1:57 PM

Brookwood Associates

(1) U.S. Census Bureau
(2) KPMG, Competitive Alternatives, 2014 Edition
(3) St. Louis Federal Reserve
(4) Bureau of Labor Statistics

10

# METHODIST LE BONHEUR OVERVIEW

❑ Methodist Le Bonheur Healthcare is a 1,725-bed general medical and surgical system. It consists of seven hospitals, five wound healing centers, four minor medical centers, five outpatient surgery centers and a number of affiliated specialties / physicians

❑ In U.S. News and World Report's 2014-2015 hospital ranking, Methodist Le Bonheur was named the Best Hospital System in the Memphis metropolitan area and 3rd in Tennessee[1]

- Methodist is recognized as a leading performer in the adult specialties of cancer, cardiology & heart surgery, diabetes & endocrinology, gastroenterology & GI surgery, nephrology, neurology & neurosurgery, orthopedics, pulmonology and urology

- Le Bonheur Children's Hospital was ranked as a Best Children's Hospital with nationally ranked specialties in cardiology, neonatology, nephrology, neurology, orthopedics, pulmonology and urology. It also shares a close affiliation with St. Jude Children's Hospital as it provides complementary care to many St. Jude patients

### Timeline

| Early Days 1918 – 1973 | Period of Expansion & Active 1973 – 2002 | Recent Initiatives 2002 – Present |
|---|---|---|

**Early Days (1918 – 1973)**

❑ **1918**: Lucy Brinkley Women's and Children's Hospital is donated and operates as Methodist Hospital until new facility is built on Lamar

❑ **1922**: Lamar hospital is sold to become a veteran's hospital and re-opened as Lucy Brinkley

❑ **1924**: Methodist Hospital is opened

**Period of Expansion (1973 – 2002)**

❑ **1973**: Methodist South Hospital opens

❑ **1978**: Methodist North Hospital opens

❑ **1981**: Methodist Health Systems is created as a parent company; acquires Fayette Hospital

❑ **1993**: Methodist becomes sole owner of Methodist Germantown

❑ **1995**: Le Bonheur Children's Medical Center becomes part of Methodist

❑ **1997**: Methodist Health Systems is renamed Methodist Healthcare

**Recent Initiatives (2002 – Present)**

❑ **2002**: University of Tennessee and Methodist Healthcare announce their formal affiliation; Methodist Central is renamed Methodist University

❑ **2010-2013**: Primary care and specialist physician practices across the Mid-South join the Methodist Healthcare system

❑ **2013**: Methodist Olive Branch Hospital in Olive Branch, MS opens, new construction, 100 licensed beds

❑ **2015**: Methodist Fayette Hospital closes

BrookwoodAssociates

(1) U.S. News and World Report

11

SOUND002284

# COMPETITIVE LANDSCAPE

## BAPTIST MEMORIAL HEALTH CARE

- Baptist Memorial Health Care is a 14-affiliate hospital network that operates throughout the Mid-South
  - Ranked the 2nd best hospital (behind Methodist) in the Memphis metropolitan area[1]
  - Three large hospitals in Memphis area: Memphis and Collierville, TN, and Southaven, MS
  - Metro Memphis area – 1,400 licensed beds (System-wide – 2,600 licensed beds)
  - 344,085 emergency visits system-wide in 2013
  - 52,140 surgical procedures system-wide in 2013

## SAINT FRANCIS HOSPITALS

- Saint Francis Hospital – Memphis
  - 519 bed facility opened in 1974
  - 42,198 emergency room visits[1]
  - 1st full service hospital in East Memphis area
- Saint Francis Hospital – Bartlett
  - 156 bed facility opened in 2004
  - 36,063 emergency room visits[1]



Memphis

Collierville

Note: Map not drawn to scale

**Legend**
- Baptist Memorial Healthcare Hospital
- St. Francis Hospital

CONFIDENTIAL Downloaded by: Brian Hoffman Sound Physicians (PCS) Act Omaha 2015 2:21:57 PM

Brookwood Associates

(1) U.S. News and World Report

12

SOUND002285

EXECUTIVE SUMMARY

MEMPHIS MARKET OVERVIEW

PRACTICE OVERVIEW

GROWTH OPPORTUNITIES

CONSOLIDATED FINANCIAL SUMMARY

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians (PCS)
Project Omaha
6/18/2015 3:21:57 PM

Brookwood Associates

13

# TENURED HOSPITAL RELATIONSHIP

- ❑ Longstanding relationship with Methodist
  - – Began contracting with Methodist North Hospital over 22 years ago
- ❑ Dr. Carr has worked 34 years at Methodist and has served as:
  - – Chief of Staff Methodist North and South Hospitals (past); President of the Medical Staff, Methodist Healthcare (past); Chairman of the Department of Emergency Medicine, Methodist Healthcare (current); Chairman of the Department of Emergency Medicine University of Tennessee College of Health Sciences, Memphis (current)
- ❑ In 2001, Dr. Carr received the inaugural "Sherard Physician of the Year Award" from Methodist Healthcare



**1992
North**



**1993
Germantown**



**1996
South**



**2008
University**



**2013
Olive Branch**

CONFIDENTIAL
Downloaded by:
Brian Hoffman (PCS)
and Physicians (PCS)
Project Omaha
8/20/13 2:21:57 PM

BrookwoodAssociates

CONFIDENTIAL

SOUND002287

# CORPORATE STRUCTURE



**PCS has exclusive contract to operate all emergency departments in adult hospitals of Methodist Le Bonheur Healthcare System**

■ = Hospital Contractor and corporate entity offered for sale

▨ = Subcontractor

⌐ = Entities owned and directly managed by Dr. Carr, herein referred to as "Carr Entities"

Brookwood Associates

15

# PROFESSIONAL SERVICES AGREEMENT – ED STAFFING

- Methodist Healthcare – Memphis Hospital ("MHMH") has contracted with PCS to furnish all required emergency services

  - Agreement gives PCS the exclusive right to provide the services of ED physicians and physician extenders at the emergency departments of the following locations:

    - Methodist University, Methodist North, Methodist South, Methodist Germantown, Methodist Olive Branch

    - At its own discretion, PCS can subcontract staffing of the ED at the five hospitals

  - 1-year contract term that renews automatically each year, subject to the right of either entity to terminate the agreement

  - PCS is solely responsible for the billing and collection of its own professional fees

  - PCS appoints a facility emergency department medical director to oversee emergency department coverage at each contracted facility, subject to MHMH's approval

    - Hospital provides and employs nurses at all locations

- Key Subcontractor Agreement terms include:

  - Provisions specifying that each subcontractor manage all billing, payor collections, staffing, and malpractice costs for respective hospital

  - Each subcontracting entity has a 1-year contract with automatic renewals; PCS can give a 60-day written termination notice at any time

  - Non-disclosure provision in agreement with subcontractor prohibiting disclosure of confidential information

  - Unrestricted assignment of Agreement by PCS without subcontractor consent

  - Non-circumvention language prohibiting subcontractor from soliciting contracts directly with hospital or in any way limiting or curtailing hospital business with PCS




CONFIDENTIAL
Downloaded By:
Brian Hoffman
Sound Physicians (PCS)
Project Omaha
8/20 5 2:21:57 PM

Brookwood Associates

16

# PATIENT VOLUME GROWTH

- PCS experienced a 6.4% annual growth rate in patient volume between 2011 and 2014 (posted a 12.2% increase from 2013 to 2014)



**PATIENT VOLUME BY CENTER**

*(thousands of patients)*

6.4% CAGR

- Center I
- Center II
- Center III
- Center IV

- PCS expects continued volume growth as Center IV (Olive Branch) continues to ramp and patients are re-directed from the recently closed Fayette Hospital to other Methodist hospitals where PCS has a presence



**CENTER IV (OLIVE BRANCH) PATIENT VOLUME GROWTH**

*(thousands of patients)*

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians (PCS)
Project Omaha
6/19/2015 9:21:57

Brookwood Associates

CONFIDENTIAL

# PAYOR MIX

- Historically, collections per patient have been relatively stable; however, starting in 2014, PCS experienced an increase in average collections per patient with strong growth from both Germantown and Olive Branch locations (areas with more favorable payor mixes)



### AVERAGE COLLECTIONS PER PATIENT

| Year | Amount |
|------|--------|
| 2010 | $98.27 |
| 2011 | $99.80 |
| 2012 | $98.24 |
| 2013 | $100.13 |
| 2014 | $105.43 |

### CHARGES BY PAYOR[1]

| | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| Other | 1.5% | 1.5% | 1.3% | |
| Medicaid | 20.3% | 20.6% | 20.3% | 18.8% |
| Medicare | 27.8% | 27.0% | 25.4% | 23.7% |
| Self Pay | 24.7% | 25.4% | 25.4% | 26.1% |
| Commercial | 25.8% | 25.5% | 27.5% | 30.5% |

### COLLECTIONS BY PAYOR[1]

(in millions)

| | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| Other | 2.1% | 2.1% | 2.0% | 1.6% |
| | 4.3% | 4.5% | 5.0% | 4.5% |
| | 20.1% | 19.9% | 21.7% | 24.0% |
| | 27.6% | 27.2% | 25.9% | 24.9% |
| | 46.0% | 46.3% | 45.3% | 45.0% |

■ Commercial  ▨ Medicare  ▨ Medicaid  ■ Self Pay  ■ Other

(1) For Center IV (Germantown Hospital), "Commercial" includes "Other" charges and collections (2013-2014)

BrookwoodAssociates

18

CONFIDENTIAL
Uploaded by:
B. Hoffman
Sound Physicians (PCS)
Project Olympia
6/18/2015 2:27 PM

# CENTER I

## CENTER OVERVIEW

- Center I is comprised of Methodist North, Methodist South and ~5% of Methodist University
- Dr. Carr directly oversees center operations
- Physician / mid-level details:
  - Physicians and other mid-level providers ("MLPs") are 1099; Fellows are W-2
- Compensation by provider:
  - MDs – 90% of net collections; Fellows - $75,000/yr.
  - MLPs – $55-$65/hr. plus shift incentive bonus based on the number of patients seen during a 12 hr. shift
  - No contractual benefits, malpractice (except for Fellows), or bonus included. Discretionary annual bonus provided by Dr. Carr

## INVESTMENT MERITS

- Methodist North and Methodist South are two of the longest tenured hospitals in Memphis and have served as the platform for expansion by Methodist Le Bonheur
- Both facilities continue to post favorable patient volume and collections growth
  - Annual growth of 4% in collections from 2011 – 2014
- Through Dr. Carr's oversight, Center I benefits from sound operational efficiencies resulting in the following:
  - Historical average adjusted EBIT of 20.7%
  - MD/MLP coverage ratio of 1.8, keeping total payroll costs at ~74% of net collections

## MEDICAL BILLING

- Center I uses Physician Revenue Management and Consulting, LLC ("PRMC") for billing services, A/R management, and key practice management functions
  - Formed in late 2014 in Arlington, TN by management of previous billing company used by Center I which served as Center I's billing company from 1992 through 2014
  - Current billing fee is 7.75% of gross collections
  - One year term started January 1, 2015; automatic renewals each year for successive one-year terms
  - Dr. Carr may cancel billing contract without cause by notifying PRMC at least three months prior to the end of the term

## STAFFING

- Methodist North:
  - Monday/Tuesday – physician coverage: 60 hours/day; mid-level coverage: 36 hours/day
  - Wednesday-Friday – physician coverage: 48 hours/day; mid-level coverage: 36 hours/day
  - Saturday/Sunday – physician coverage: 60 hours/day; mid-level coverage: 24 hours/day
- Methodist South:
  - All week – physician coverage: 48 hours/day; mid-level coverage: 24 hours/day; an additional provider (either physician or mid-level): 8 hours/day
- Average 2014 gross collection per patient by provider:
  - Physician: $107.58
  - Mid-level: $59.72
- MDs required to maintain malpractice insurance

CONFIDENTIAL
Downloaded by: John Hoffman
Sound Physicians (PCS)
Project Omaha
6/16/2015 2:37 PM

# CENTER I

## FINANCIAL PERFORMANCE

| (year end Dec. 31) | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| **Gross Collections:** | | | | |
| North | $ 5,654,333 | $ 5,830,332 | $ 6,105,083 | $ 6,537,884 |
| South | 4,762,806 | 4,981,719 | 4,850,224 | 5,140,596 |
| University | 189,873 | 258,942 | 215,964 | 253,779 |
| **Total Gross Collections** | $ 10,607,012 | $ 11,070,994 | $ 11,171,270 | $ 11,932,259 |
| **Actual Billing Costs** | | | | |
| North | $ 555,315 | $ 528,756 | $ 537,786 | $ 542,211 |
| South | 476,281 | 461,132 | 436,520 | 436,181 |
| University | 18,987 | 23,799 | 19,437 | 21,111 |
| **Total Billing Costs** | $ 1,050,583 | $ 1,013,687 | $ 993,743 | $ 999,504 |
| Billing Cost Adjustment[1] | (414,162) | (349,428) | (323,467) | (283,568) |
| **Adjusted Billing Costs** | $ 636,421 | $ 664,260 | $ 670,276 | $ 715,936 |
| **Net Collections** | $ 9,970,591 | $ 10,406,734 | $ 10,500,994 | $ 11,216,324 |
| **Payroll Costs:** | | | | |
| Payroll | $ 7,809,735 | $ 7,978,394 | 8,135,852 | 8,812,378 |
| **Allocated Corporate Overhead Expenses:** | | | | |
| Malpractice - Center I[2] | $ 140,346 | $ 151,244 | $ 157,491 | $ 179,016 |
| Workers Comp - Center I | 5,789 | 5,723 | 6,709 | 5,081 |
| **Adjusted EBIT** | $ 2,014,720 | $ 2,271,372 | $ 2,200,943 | $ 2,219,848 |

1)  Adjustments are further detailed in adjustments summary on page 31
2)  Dr. Carr covers malpractice fees and expenses for Fellows working in Center I

## CENTER I COMMON SIZE INCOME STATEMENT

| (% of gross collections) | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| **Gross Collections:** | | | | |
| North | 53.3% | 52.7% | 54.6% | 54.8% |
| South | 44.9% | 45.0% | 43.4% | 43.1% |
| University | 1.8% | 2.3% | 1.9% | 2.1% |
| **Total Gross Collections** | 100.0% | 100.0% | 100.0% | 100.0% |
| **Actual Billing Costs** | | | | |
| North | 5.2% | 4.8% | 4.8% | 4.5% |
| South | 4.5% | 4.2% | 3.9% | 3.7% |
| University | 0.2% | 0.2% | 0.2% | 0.2% |
| **Total Billing Costs** | 9.9% | 9.2% | 8.9% | 8.4% |
| Billing Cost Adjustment[1] | (3.9%) | (3.2%) | (2.9%) | (2.4%) |
| **Adjusted Billing Costs** | 6.0% | 6.0% | 6.0% | 6.0% |
| (% net collections) | | | | |
| **Net Collections** | 100.0% | 100.0% | 100.0% | 100.0% |
| **Payroll Costs:** | | | | |
| Payroll | 78.3% | 76.7% | 77.5% | 78.6% |
| **Allocated Corporate Overhead Expenses:** | | | | |
| Malpractice - Center I[2] | 1.4% | 1.5% | 1.5% | 1.6% |
| Workers Comp - Center I | 0.1% | 0.1% | 0.1% | 0.1% |
| **Adjusted EBIT** | 20.2% | 21.8% | 21.0% | 19.8% |

## HISTORICAL PAYOR MIX



| | 2012 | 2013 | 2014 |
|---|---|---|---|
| | 2.4% / 3.1% | 2.2% / 3.2% | 1.9% / 2.8% |
| | 20.8% | 21.5% | 25.1% |
| | 35.6% | 35.7% | 33.4% |
| | 38.0% | 37.4% | 36.8% |

■ Medicaid  ■ Commercial  ■ Medicare  ■ Self Pay  ■ Other

## CENTER I METRICS

| (gross collections in millions) | North | | | | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 |
| Gross Collections | $ 4.8 | $ 5.7 | $ 5.8 | $ 6.1 | $ 6.5 |
| Patient Count | 53,768 | 60,768 | 68,712 | 70,130 | 69,880 |
| Avg. Collections/Patient | $ 89.11 | $ 93.05 | $ 84.85 | $ 87.05 | $ 93.56 |

| | South | | | | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 |
| Gross Collections | $ 4.6 | $ 4.8 | $ 5.0 | $ 4.9 | $ 5.1 |
| Patient Count | 55,621 | 59,374 | 64,010 | 61,955 | 63,826 |
| Avg. Collections/Patient | $ 83.39 | $ 80.22 | $ 77.83 | $ 78.29 | $ 80.54 |

| | University[3] | | | | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 |
| Gross Collections | | $ 0.2 | $ 0.3 | $ 0.2 | $ 0.3 |
| Patient Count | | 1,906 | 2,294 | 1,876 | 2,149 |
| Avg. Collections/Patient | | $ 99.6 | $ 112.9 | $ 115.1 | $ 118.1 |

(3)  Dr. Carr began supporting University on a limited basis with physicians from Center I in 2011

Brookwood Associates

SOUND002293

# CENTER II

## CENTER OVERVIEW

- Center II is comprised of 95% of Methodist University, the flagship hospital of the Methodist system
  - Remaining 5% is supported by 4 MDs of Center I (as part of the residency faculty) for fill-in MD coverage as needed; typically 1-3 shifts/month
- This location is sub-contracted and managed by Subcontractor A
  - Under the agreement, PCS receives a $30,000 monthly fee beginning January 1, 2015. PCS began collecting a monthly fee in June 2014 for $22,000.
- $33.5 million renovation and expansion of ED (opened in September, 2014) added 93,000 square feet of new space
- New UT Emergency Physician Residency Program starting in Summer, 2015

## INVESTMENT MERITS

- New state of the art 56-bed emergency department opened Sept-2014
  - Expanded capacities in trauma and centralized care plus additional Hazmat and mass casualty capabilities
- New EM residency program through University of Tennessee beginning July 1, 2015 provides excellent access to recruiting trained physicians
  - Main academic and teaching hospital for UT School of Medicine
- University receives more ambulance traffic than any other ED in the region

## MEDICAL BILLING

- Martin Gottlieb & Associates LLC ("Gottlieb") serves as Center II billing company
  - Located in Jacksonville, FL, Gottlieb has been working with Center II since July 1, 2012 (MedARM used previously)
    - Automatic renewals for successive one-year terms
  - As of September 1, 2014, Gottlieb receives 7% of all collections; previous terms of original contract signed in 2012 called for 8% of all collections
  - Guarantee of $98.00 per patient; if not met, Gottlieb pays the difference
  - Subcontractor A may cancel billing contract with written notice delivered 60 days prior to cancellation

## STAFFING

- Methodist University:
  - All week – physician coverage: 48 hours/day; mid-level coverage: 58 hours/day
- Average 2014 gross collection per patient by provider:
  - Physician: $134.54
  - Mid-level: $70.15
- Compensation by provider:
  - MDs – 92% of net collections
  - MLPs – $55-$65/hr.
  - Any remaining income from MLP collections (after MLP compensation is paid) is divided amongst the MDs
- MDs required to maintain malpractice insurance

CONFIDENTIAL: Downloaded by: Ryan Hoffman Sound Physicians Project Omaha (PCS) 6/18/2015 1:57 PM

CONFIDENTIAL

SOUND002294

# CENTER II

## FINANCIAL PERFORMANCE

| (year end Dec. 31) | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| **Collections:** | | | | |
| University | $ 5,559,298 | $ 5,812,842 | $ 6,126,938 | $ 6,538,404 |
| **Actual Billing Costs:** | | | | |
| University | $ 550,193 | $ 528,991 | $ 488,566 | 501,005 |
| Billing Cost Adjustment[1] | (216,636) | (180,220) | (120,950) | (108,700) |
| **Adjusted Billing Costs** | $ 333,558 | $ 348,770 | $ 367,616 | 392,304 |
| | | | | |
| **Net Collections** | $ 5,225,740 | $ 5,464,071 | $ 5,759,321 | $ 6,146,100 |
| **Payroll Costs:** | | | | |
| University | $ 4,608,377 | $ 4,861,143 | $ 5,187,302 | $ 5,554,408 |
| **Adjusted EBIT** | $ 617,364 | $ 602,928 | $ 572,020 | $ 591,692 |
| Subcontractor Adjustments[1] | (617,364) | (602,928) | (572,020) | (437,692) |
| **Adjusted Carr Entities Income** | $ - | $ - | $ - | 154,000 |

(1) Adjustments are further detailed in adjustments summary on page 31

## CENTER II COMMON SIZE INCOME STATEMENT

| | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|
| *(% of gross collections)* | | | | |
| **Collections:** | | | | |
| University | 100.0% | 100.0% | 100.0% | 100.0% |
| **Actual Billing Costs:** | | | | |
| University | 9.9% | 9.1% | 8.0% | 7.7% |
| Billing Cost Adjustment[1] | (3.9%) | (3.1%) | (2.0%) | (1.7%) |
| **Adjusted Billing Costs** | 6.0% | 6.0% | 6.0% | 6.0% |
| *(% of net collections)* | | | | |
| **Net Collections** | 100.0% | 100.0% | 100.0% | 100.0% |
| **Payroll Costs:** | | | | |
| University | 88.2% | 89.0% | 90.1% | 90.4% |
| **Adjusted EBIT** | 11.8% | 11.0% | 9.9% | 9.6% |
| Subcontractor Adjustments[1] | (11.8%) | (11.0%) | (9.9%) | (7.1%) |
| **Adjusted Carr Entities Income** | 0.0% | 0.0% | 0.0% | 2.5% |

## HISTORICAL PAYOR MIX



**2012:** 1.2% / 1.7% / 29.0% / 34.5% / 33.5%
**2013:** 2.1% / 4.7% / 27.3% / 34.3% / 31.7%
**2014:** 1.8% / 5.3% / 25.4% / 33.4% / 34.1%

Medicare ▢ Commercial ■ Medicaid ▢ Self Pay ■ Other ■

## CENTER II METRICS

| *(net collections in millions)* | University | | | | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 |
| Net Collections | $ 5.2 | $ 5.6 | $ 5.8 | $ 6.1 | $ 6.5 |
| Patient Count | 52,925 | 61,841 | 58,330 | 58,881 | 60,692 |
| Average Collections/Patient | $ 97.88 | $ 89.90 | $ 99.65 | $ 104.06 | $ 107.73 |

CONFIDENTIAL — Downloaded by Brian Hoffman (BCS) Portland Physicians — Project Omaha.com 6/18/2015 2:21:5... PM

Brookwood Associates

22

# CENTER III

## CENTER OVERVIEW

- Center III is the emergency department of Methodist Germantown

- Historically, Dr. Carr subcontracted the management of Center III to another physician until that physician's sudden death in June 2014. Dr. Carr now directly oversees operations

- The drop in 2014 collections can be attributed to a delay in billing and collections starting in July 2014. After the sudden death of Center III's subcontractor, each Provider had to be re-credentialed under Carr PLLC with insurance payors, a process that resulted in delays in payment. By December 2014, Germantown Emergency Physicians began receiving collections from charges dating back to September 1, 2014

## INVESTMENT MERITS

- Germantown has the best payor mix and is a fast growing area within PCS's footprint

- The Company achieved a 6.3% annual growth rate in collections from 2011-2013

  - Trend likely to continue now that the physicians within the center have been re-credentialed and Dr. Carr is now managing operations

- An Internal Medicine / Pediatric residency trained MD or Emergency Medicine trained MD on site in the ED 24/7/365

## MEDICAL BILLING

- Gottlieb serves as Center III's billing company; term began September 1, 2014

  - Prior to Gottlieb, MedARM was Germantown's billing company (for prior subcontractor and Carr owned entities)

  - Gottlieb receives 7% of all collections

  - Contract is for one year with automatic renewals for successive one-year terms

  - Dr. Carr may cancel billing contract with written notice delivered 60 days prior to cancellation

## STAFFING

- Methodist Germantown:

  - All week – physician coverage: 60 hours/day; mid-level coverage: 12 hours/day

- Physician / mid-level details

  - Mid-level pay now switching to a similar compensation structure to Center I now that it will be directly operated by Dr. Carr

  - Non-solicitation clauses in new contracts

- Compensation by provider:

  - MDs – 90% of net collections

  - MLPs – $60-$65/hr. plus shift incentive bonus based on the number of patients seen during a 12 hr. shift

  - No contractual benefits, malpractice, or bonus included

- MDs required to maintain malpractice insurance

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians
Project Omaha (PCS)
6/15/2015 1:57 PM

Brookwood Associates

23

SOUND002296

# CENTER III

DO NOT DISTRIBUTE
CONFIDENTIAL
Downloaded by
Brian Hoffmann (Sound Physicians)
Sound Physicians
6/19/2015 2:2?:57 PM
Subject Only to...

## FINANCIAL PERFORMANCE

| (year end Dec. 31) | 2011 | 2012 | 2013 | 2014[1] |
|---|---|---|---|---|
| **Collections:** | | | | |
| Germantown | $ 7,065,711 | $ 7,608,403 | $ 7,981,587 | $ 8,149,410 |
| **Actual Billing Costs:** | | | | |
| Germantown | $ 699,452 | $ 693,444 | $ 708,863 | $ 701,777 |
| Billing Cost Adjustment[1] | (275,509) | (236,940) | (229,967) | (212,813) |
| **Adjusted Billing Costs** | $ 423,943 | $ 456,504 | $ 478,895 | $ 488,965 |
| **Net Collections:** | $ 6,641,769 | $ 7,151,899 | $ 7,502,692 | $ 7,660,446 |
| **Payroll Costs:** | | | | |
| Germantown | $ 4,634,633 | $ 5,220,143 | $ 5,767,396 | $ 6,392,788 |
| **Allocated Corporate Overhead Expenses:** | | | | |
| Malpractice - Center III[2] | $ 160,540 | $ 99,794 | $ 29,985 | $ 69,060 |
| **Adjusted EBIT** | $ 1,846,596 | $ 1,831,962 | $ 1,705,312 | $ 1,198,599 |
| Subcontractor Adjustments[1] | (1,182,419) | (1,116,772) | (955,043) | (0) |
| **Adjusted Carr Entities Income** | $ 664,177 | $ 715,190 | $ 750,269 | $ 1,198,599 |

1) Adjustments are further detailed in adjustments summary on page 31
2) Dr. Carr covers malpractice fees and expenses for fellows and mid-levels working in Center III.

## CENTER III COMMON SIZE INCOME STATEMENT

| | 2011 | 2012 | 2013 | 2014[1] |
|---|---|---|---|---|
| **(% of gross collections)** | | | | |
| **Collections:** | | | | |
| Germantown | 100.0% | 100.0% | 100.0% | 100.0% |
| **Actual Billing Costs:** | | | | |
| Germantown | 9.9% | 9.1% | 8.9% | 8.6% |
| Billing Cost Adjustment[1] | (3.9%) | (3.1%) | (2.9%) | (2.6%) |
| **Adjusted Billing Costs** | 6.0% | 6.0% | 6.0% | 6.0% |
| **(% of net collections)** | | | | |
| **Net Collections:** | 100.0% | 100.0% | 100.0% | 100.0% |
| **Payroll Costs:** | | | | |
| Germantown | 69.8% | 73.0% | 76.9% | 83.5% |
| **Allocated Corporate Overhead Expenses:** | | | | |
| Malpractice - Center III[2] | 2.4% | 1.4% | 0.4% | 0.9% |
| **Adjusted EBIT** | 27.8% | 25.6% | 22.7% | 15.6% |
| Subcontractor Adjustments[1] | (17.8%) | (15.6%) | (12.7%) | (0%) |
| **Adjusted Carr Entities Income** | 10.0% | 10.0% | 10.0% | 15.6% |

## HISTORICAL PAYOR MIX



| | 2012 | 2013 | 2014 |
|---|---|---|---|
| Other | 1.8% | 1.7% | 1.5% |
| Self Pay | 7.4% | 8.0% | 8.3% |
| Medicaid | 11.0% | 9.5% | 9.4% |
| Medicare | 14.6% | 14.6% | 17.0% |
| Commercial | 65.2% | 66.2% | 63.8% |

■ Commercial  ▫ Medicare  ▫ Medicaid  ■ Self Pay  ▫ Other

## CENTER III METRICS

| (net collections in millions) | Germantown | | | | |
|---|---|---|---|---|---|
| | 2010 | 2011 | 2012 | 2013 | 2014 |
| Net Collections | $ 5.6 | $ 7.1 | $ 7.6 | $ 8.0 | 7.5 |
| Patient Count | 43,750 | 48,899 | 55,974 | 54,740 | 56,365 |
| Average Collections/Patient | $ 128.91 | $ 144.50 | $ 135.93 | $ 145.81 | $ 133.41 |

Brookwood Associates

# CENTER IV

## CENTER OVERVIEW

❑  Center IV is the emergency department of Methodist Olive Branch

❑  In 2013, Methodist asked Dr. Carr to manage the new emergency department for Olive Branch

❑  Under the sub-contract agreement with Subcontractor B, Dr. Carr receives 5% of the net collections (collections less billing costs) from the location

## INVESTMENT MERITS

❑  The Company has already demonstrated the ability to integrate its services and operating model into the Olive Branch hospital, evidenced by the growth in collections from 2013 to 2014 of $245K to $3.57MM, respectively

❑  The region boasts excellent demographics with a strong payor mix and is the fastest growing metro area in Mississippi

❑  Highest average collection per patient in the system

## MEDICAL BILLING

❑  ARISTOI, Inc., based in Birmingham, AL, is Center IV's contracted billing company

–  ARISTOI has served as billing company since August 1, 2013, expiration on July 31, 2015, with renewals lasting two years

–  Rather than receiving compensation based on a percentage of collections, ARISTOI receives a set fee of $7.50 per billable chart

–  Subcontractor B may terminate billing contract with written notice in case of ARISTOI failing to perform its material duties

## STAFFING

Methodist Olive Branch:

–  All week – physician coverage: 48 hours/day; mid-level coverage: 34 hours/day

❑  Average 2014 gross collection per patient by provider:

–  Physician: $143.78

–  Mid-level: $100.57

❑  MDs required to maintain malpractice insurance

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians (PCS)
Project Orpheus
6/18/2015 4:57 PM

Brookwood Associates

CONFIDENTIAL

SOUND002298

# CENTER IV

| (year end Dec. 31) | 2013 | 2014 |
|---|---|---|
| **Collections:** | | |
| Olive Branch | $ 240,179 | $ 3,566,108 |
| **Actual Billing Costs:** | | |
| Olive Branch | $ 53,130 | $ 205,065 |
| **Net Collections:** | $ 187,049 | $ 3,361,043 |
| **Payroll Costs:** | | |
| Olive Branch | $ 750,000 | $ 2,580,000 |
| **Adjusted EBIT** | $ (562,951) | $ 781,043 |
| Subcontractor Adjustments[1] | 572,303 | (612,991) |
| **Adjusted Carr Entities Income** | $ 9,352 | $ 168,052 |

1) Adjustments are further detailed in adjustments summary on page 31
2) Payroll costs presented above are estimates; operations for center began August 2014

## CENTER IV COMMON SIZE INCOME STATEMENT

| | 2013 | 2014 |
|---|---|---|
| (% of gross collections) | | |
| **Collections:** | | |
| Olive Branch | | 100.0% |
| **Actual Billing Costs:** | | |
| Olive Branch | | 5.8% |
| (% of net collections) | | |
| **Net Collections:** | | 100.0% |
| **Payroll Costs:** | | |
| Olive Branch | | 76.8% |
| **Adjusted EBIT** | | 23.2% |
| Subcontractor Adjustments[1] | | (18.2%) |
| **Adjusted Carr Entities Income** | | 5.0% |

## HISTORICAL PAYOR MIX



0.6%  0.7%  24.3%  74.4%  — 2013
0.9%  17.1%  16.9%  65.0%  — 2014

■ Commercial  ■ Medicare  ▣ Medicaid  ■ Self Pay

Note: "Commercial" includes "Other" payments for Center IV

## PROJECTED COLLECTIONS

| | Olive Branch | | | |
|---|---|---|---|---|
| | 2013 | 2014 | 2015P | 2016P |
| Net Collections per Patient | $ 44 | $ 131 | $ 141 | $ 141 |
| Patients Estimate | 5,542 | 27,242 | 31,000 | 34,500 |
| Net Collections | $ 245,179 | $ 3,566,108 | $ 4,376,085 | $ 4,870,159 |

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians
Project Omaha (Dallas)
6/18/2015 2.21.57 PM

Brookwood Associates

SOUND002299

EXECUTIVE SUMMARY

MEMPHIS MARKET OVERVIEW

PRACTICE OVERVIEW

GROWTH OPPORTUNITIES

CONSOLIDATED FINANCIAL SUMMARY

CONFIDENTIAL
Downloaded By:
Dorian Hoffman
Sound Physicians
Project Omaha (PCS)
6/18/2015 21:57 PM

# GROWTH OPPORTUNITIES



**Billing Arbitrage:**

- Current weighted average billing rate − 7.7%; 2014 imputed cost − $2.35M[1]

- Estimated industry average billing rate − 6.0%; 2014 imputed cost − $1.80M

- Implied 2014 cost savings of market-based billing rate ~**$551,000**

| Billing Arbitrage | |
|---|---|
| Current Billing Costs | $ 2,353,099 |
| Adjusted Billing Costs | 1,802,269 |
| **2014 Billing Cost Savings Opp.** | **$ 550,830** |



**Productivity Enhancement :**

- Center II: decrease payroll costs by directly employing mid level providers and paying a percentage of collections consistent with other managed centers. This would generate ~**$409,000/yr.** of additional income

- Center III: decrease payroll costs by increasing mid level provider coverage by 12 hours and decreasing physician coverage by 12 hours per 24 hour period. Based on the wt. average MD $/hr. in 2014 against the MLP $/hr, that would generate ~**$843,000/yr** of additional income

| Productivity Enhancement | | | | |
|---|---|---|---|---|
| **Center II:** | | | **Center III:** | |
| Net collections of MDs/DOs | $ 4,544,152 | | Physician Pay | $ 5,585,477 |
| Net collections of MLPs | 1,493,248 | | Hours/Day | 60 |
| Total Center II Net Collections in 2014 | $ 6,037,399 | | Physician Pay/Hour | $ 255.04 |
| | | | MLP Pay/Hour | 62.50 |
| Actual Payroll at Center II in 2014 | $ 5,554,408 | | $ Savings/Hour | 192.54 |
| | | | # Hours from Physician to MLP/Day | 12 |
| Scenario: MLPs Employed Directly | | | Days/Yr. | 365 |
| Paid a % of Net Collections | | | **2014 Compensation Savings Opp./Yr.** | **$ 843,345** |
| MDs/DOs | 95% | | | |
| MLPs | 56% | | **Total Productivity Enhancement** | **$ 1,251,911** |
| | | | | |
| Compensation: | | | | |
| MD/DO compensation | $ 4,316,944 | | | |
| MLP compensation | 828,897 | | | |
| **Total Pay at Center II in 2014** | **$ 5,145,842** | | | |
| | | | | |
| **Reduction in Payroll** | **$ 408,566** | | | |

**Subcontractor Structure:**

- Center II: Carr entities received $154,000 in 2014 in a center that recorded adjusted earnings of ~$592,000 in 2014

- Center IV: Dr. Carr receives 5% of net collections, resulting in ~$168,000 of adjusted earnings in 2014 for a center that earned ~$781,000

| Direct Management | | | | |
|---|---|---|---|---|
| **Center II:** | | | **Center IV:** | |
| Center II Adjusted Earnings | $ 591,692 | | Center IV Adjusted Earnings | $ 781,043 |
| Carr Entities Income | 154,000 | | Carr Entities Income | 168,052 |
| Subcontractor Income | $ 437,692 | | Subcontractor Income | 612,991 |
| | | | | |
| | | | **Total Subcontractor Income** | **$ 1,050,683** |

1) Assumes pro-forma billing cost for Center III as outlined on page 31

Brookwood Associates

28

CONFIDENTIAL

# EXECUTIVE SUMMARY

# MEMPHIS MARKET OVERVIEW

# PRACTICE OVERVIEW

# GROWTH OPPORTUNITIES

# CONSOLIDATED FINANCIAL SUMMARY

CONFIDENTIAL
Downloaded by:
Dorian Hoffman
Sound Physicians (PCS)
Project Omaha
6/18/2015 21:57 PM

**Brookwood**Associates

29

# FINANCIAL PERFORMANCE

| | Pro Forma Year Ended Dec. 31 | | | |
| --- | --- | --- | --- | --- |
| | 2011 | 2012 | 2013 | 2014 |
| Gross Collections | $ 23,232,022 | $ 24,492,238 | $ 25,519,974 | $ 30,186,182 |
| Actual Billing | $ 2,300,228 | $ 2,236,122 | $ 2,244,302 | $ 2,407,350 |
| Billing Cost Adjustment | (906,307) | (766,588) | (674,384) | (605,081) |
| Adjusted Billing | $ 1,393,921 | $ 1,469,534 | $ 1,569,918 | $ 1,802,269 |
| Net Collections | $ 21,838,100 | $ 23,022,704 | $ 23,950,057 | $ 28,383,912 |
| Expenses: | | | | |
| Payroll Expenses | 17,052,745 | 18,059,680 | 19,840,550 | 23,339,571 |
| Coporate & Other Expenses | 306,675 | 256,761 | 194,184 | 353,319 |
| Total Expense | $ 17,359,420 | $ 18,316,441 | $ 20,034,734 | $ 23,692,890 |
| Adjusted EBIT | $ 4,478,680 | $ 4,706,262 | $ 3,915,323 | $ 4,691,022 |
| Subcontractor Adjustments | (1,799,783) | (1,719,700) | (954,758) | (1,050,683) |
| Adjusted Carr Entities Income | $ 2,678,897 | $ 2,986,562 | $ 2,960,565 | $ 3,640,339 |

| | Pro Forma Year Ended Dec. 31 | | | |
| --- | --- | --- | --- | --- |
| | 2011 | 2012 | 2013 | 2014 |
| (% of gross collections) | | | | |
| Gross Collections | 100.0% | 100.0% | 100.0% | 100.0% |
| Adjusted Billing | 9.9% | 9.1% | 8.8% | 8.0% |
| Billing Cost Adjustment | (3.9%) | (3.1%) | (2.6%) | (2.0%) |
| Adjusted Billing | 6.0% | 6.0% | 6.2% | 6.0% |
| (% of net collections) | | | | |
| Net Collections | 100.0% | 100.0% | 100.0% | 100.0% |
| Expenses: | | | | |
| Payroll Expenses | 78.1% | 78.4% | 82.8% | 82.2% |
| Coporate & Other Expenses | 1.4% | 1.1% | 0.8% | 1.2% |
| Total Expense | 79.5% | 79.6% | 83.7% | 83.5% |
| Adjusted EBIT | 20.5% | 20.4% | 16.3% | 16.5% |
| Subcontractor Adjustments | (8.2%) | (7.5%) | (4.0%) | (3.7%) |
| Adjusted Carr Entities Income | 12.3% | 13.0% | 12.4% | 12.8% |

CONFIDENTIAL - PREPARED BY (and subtitle) SoundPoint (Texas) Projections 10/6/2015 1:43 PM (watermark)

CONFIDENTIAL

# ADJUSTMENTS SCHEDULE

| Adjustment Schedule: | | Historical Year Ended Dec. 31 | | | | Notes |
|---|---|---|---|---|---|---|
| | | 2011 | 2012 | 2013 | 2014 | |
| **Billing** | | | | | | |
| Actual Center I North Billing | $ | 555,315 | $ 528,756 | $ 537,786 | $ 542,211 | |
| (Center I North Adjusted Billing) | | (339,260) | (349,820) | (366,305) | (392,273) | Add-back to equate billing to market rate of 6.0% |
| Actual Center I South Billing | $ | 476,281 | $ 461,132 | $ 436,520 | $ 436,181 | |
| (Center I South Adjusted Billing) | | (285,768) | (298,903) | (291,013) | (308,436) | Add-back to equate billing to market rate of 6.0% |
| Actual I Center I University Billing | $ | 18,987 | $ 23,799 | $ 19,437 | $ 21,111 | |
| (Center I University Adjusted Billing) | | (11,392) | (15,537) | (12,958) | (15,227) | Add-back to equate billing to market rate of 6.0% |
| Actual Center II University Billing | $ | 550,193 | $ 528,991 | $ 488,566 | $ 501,005 | |
| (Center II University Adjusted Billing) | | (333,558) | (348,770) | (367,616) | (392,304) | Add-back to equate billing to market rate of 6.0% |
| Unadjusted Pro Forma Center III Germantown Billing | $ | 699,452 | $ 693,444 | $ 708,863 | $ 653,777 | |
| (Pro-Forma Center III Germantown Adjusted Billing) | | (423,943) | (456,504) | (478,895) | (488,951) | Add-back to equate billing to market rate of 6.0% |
| Actual Center IV Olive Branch Billing | | | | | | |
| (Center IV Olive Branch Adjusted Billing) | | | | | | |
| **Adjustment to Actual PCS PLLC Current Billing Arrangements** | $ | 906,307 | $ 766,588 | $ 674,384 | $ 523,083 | |
| **Center III Pro-Forma Normalized Collections and Expenses** | | | | | | |
| (Actual Collections) | | | | | | Pro-forma increase in collections from applying 2012-2013 historical collections rate to 2014 charges |
| Pro-Forma Collections | | | | | 8,349,410 | in order to find pro-forma 2014 collections if there had not been the need to re-credential physicians |
| (Actual Payroll) | | | | | (4,878,378) | Pro-forma increase in payroll costs from applying average compensation rates for MDs |
| Pro-Forma Payroll | | | | | (6,397,703) | and MLPs to the pro-forma collections |
| (Actual Billing) | | | | | (653,777) | Pro-forma increase in billing that came from applying the Center III unadjusted billing rate to the |
| Unadjusted Pro-Forma Billing | | | | | 741,777 | pro-forma 2014 collection amount |
| **Pro-Forma Adjustment to EBIT of PCS PLLC** | $ | - | $ - | $ - | (840,066) | |
| **Subcontractor Adjustments** | | | | | | |
| Center II: | | | | | | |
| Center II Elimination of Center Income and Subcontractor Payment | $ | (617,364) | $ (602,928) | $ (572,020) | (437,692) | For 2014, Dr. Carr received a $22,000 monthly fee, beginning in June. Dr. Carr will receive a $30,000 monthly fee beginning in January 2015 |
| Center III: | | | | | | |
| Center III Distribution of Net Collections to Subcontractor | $ | (1,182,419) | $ (1,116,772) | $ (955,042) | - | Prior to July 2014, Dr. Carr received 10% of net collections from Center III. In July 2014, Dr. Carr assumed direct control of the Center and now receives all residual collections |
| Center IV: | | | | | | |
| Center IV Elimination of Center Income and Collections Addition (5% of Net Collections) | | | | $ 572,303 | (612,991) | Dr. Carr is entitled to 5% of net collections from Center IV. Subcontractor B absorbed operating loss in 2013 from start-up of Center IV |
| **Pro-forma Adjustment to Income to Carr Entities** | $ | (1,799,783) | $ (1,719,700) | $ (954,758) | (1,050,683) | |

CONFIDENTIAL
Downloaded by
Sound Physicians (PCS)
Brian Hofman
Project 315 6/11/2015 12:37 PM

BrookwoodAssociates

31

SOUND002304

# A/R AGING SUMMARY

*As of January 31, 2015*

| ($ in millions) | Days Outstanding | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | 0-30 | 30-60 | 60-90 | 90-120 | 120-150 | 150+ |
| Center 1 | $ 0.08 | $ 1.02 | $ 0.66 | $ 0.46 | $ 0.41 | $ 0.84 |
| Center 2 | 2.03 | 1.08 | 0.68 | 0.59 | 0.57 | 0.99 |
| Center 3 | 1.57 | 1.21 | 0.56 | 0.47 | 0.50 | 0.03 |
| Center 4 | 2.55 | 1.13 | 1.07 | 1.40 | 0.56 | 1.31 |
| **Total** | **$ 6.23** | **$ 4.44** | **$ 2.97** | **$ 2.93** | **$ 2.04** | **$ 3.17** |



**TOTAL AGING AS % OF DAYS OUTSTANDING**



28.6%
20.4%
13.6%
13.4%
9.4%
14.6%

□ 0-30  ■ 30-60  ■ 60-90  ■ 90-120  ■ 120-150  ■ 150+

CONFIDENTIAL
Downloaded by:
Brian Hoffman
Sound Physicians (PCS)
2015 2.21 PM

Brookwood Associates

32