# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| SOUND INPATIENT PHYSICIANS, INC. AND ROBERT A. BESSLER, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> T.M. CARR, M.D., <br><br> Defendant | CIVIL ACTION NO. <br> 2:19-cv-02034-TLP-atc |

## JOINT MOTION TO CONTINUE REMAINING DEADLINES

Defendant T.M. Carr, M.D. and Plaintiffs, Sound Inpatient Physicians, Inc. and Robert A. Bessler M.D., by and through undersigned counsel, hereby respectfully move this Court to continue and extend the remaining deadlines as set forth below:

| **Deadline** | **Original Date** | **Extended Date** |
|---|---|---|
| All Discovery | September 4, 2020 | December 18, 2020 |
| Written Discovery | September 4, 2020 | December 18, 2020 |
| Depositions | September 4, 2020 | December 18, 2020 |
| Daubert Motions | October 5, 2020 | January 15, 2021 |
| Rule 26(e)(1) Supplementation | September 4, 2020 | December 18, 2020 |
| Dispositive Motions | October 5, 2020 | January 15, 2021 |
| Pretrial Order | January 29, 2021 | March 29, 2021 |
| Pretrial Conference | February 5, 2021 | April 5, 2021 |
| Trial | February 22, 2021 | April 22, 2021 |

In support of this motion, the Parties state as follows:

1. To date, the Parties have engaged in extensive written discovery. However, given the uncertainty caused by the COVID-19 pandemic, the Parties delayed the taking of necessary depositions in this matter, hoping that recommended health and safety protocols would eventually permit the taking of depositions in person rather than remotely.

2. Because it appears that remote depositions will be required, or at least strongly recommended, for the foreseeable future, the Parties have agreed to proceed with the taking of depositions remotely, but they will be unable to complete all necessary depositions by the current September 4, 2020 discovery cutoff.

3. Counsel for the Parties have reviewed their respective schedules and believe they will be able to complete any remaining written discovery and complete depositions by December 18, 2020.

4. Counsel further request that all remaining deadlines are similarly extended in order to, among other things, afford this Court ample opportunity to consider dispositive motions and afford the Parties sufficient time to prepare for trial.

5. This motion is made in good faith and not for the purpose of delay.

THEREFORE, the Parties respectfully request the Court to issue an Order extending remaining deadlines as described herein.

| | |
|---|---|
| */s/Pam Warnock Blair* | */ s/Mark S. Nebrig* |
| Pam Warnock Blair | Mark A. Nebrig |
| McNabb, Bragorgos, Burgess & Sorin, PLLC | Emily C. Pera |
| 81 Monroe, Sixth Floor | Moore & Van Allen PLLC |
| Memphis, TN  38103 | 100 North Tyron Street, Suite 4700 |
| pblair@mbbslaw.com | Charlotte, NC 28202 |
| | Telephone: 704-331-3596 |
| | Facsimile: 704-339-5896 |
| | marknebrig@mvalaw.com |
| ***Attorneys for Defendant*** | emilypera@mvalaw.com |

*/s/John P. Passarelli*
John P. Passarelli
Carol A. Svolos
The Omaha Building
1650 Farman Street
Omaha, NE 68102-2186
john.passarelli@kutakrock.com
carol.svolos@kutakrock.com

*Attorneys for Plaintiff*