# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| SOUND INPATIENT PHYSICIANS, INC and M.D. ROBERT BESSLER,<br><br>  Plaintiffs,<br><br>v.<br><br>M.D. T.M. CARR,<br><br>  Defendant. | No. 2:19-cv-02034-TLP-atc |

## ORDER GRANTING IN PART JOINT MOTION TO EXTEND REMAINING SCHEDULING ORDER DEADLINES

The parties jointly move to continue the remaining scheduling order deadlines. The Court **GRANTS IN PART** the motion with respect to the parties' discovery and motions deadlines. The following dates are thus established as the new final deadlines in this case:

**COMPLETING ALL DISCOVERY:** December 18, 2020

 **(a)**   **WRITTEN DISCOVERY[1]:** December 18, 2020

 **(b)**   **DEPOSITIONS:** December 18, 2020

**F.R.E. 702/*DAUBERT* MOTIONS TO EXCLUDE EXPERTS:** January 15, 2021

**SUPPLEMENTATION UNDER RULE 26(e)(1):** December 18, 2020

**FILING DISPOSITIVE MOTIONS:** January 15, 2021

The Court will hold a scheduling conference later to set the pretrial order deadline, the pretrial conference date, and the trial dates.

---

[1] The parties shall serve requests at least 45 days before the deadline to complete written discovery to allow sufficient time for responses by the deadline for completion of discovery.

**SO ORDERED**, this 21st day of August, 2020.

                                          s/ Thomas L. Parker
                                       THOMAS L. PARKER
                                       UNITED STATES DISTRICT JUDGE