UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

# MEDIATION CERTIFICATION

| Case number: 2:19-cv-02034-TL-atc | Case title: Sound Inpatient Physicians, Inc. et al v. M.D. T.M. Carr |
|---|---|
| Plaintiff counsel: Pam Warnock Blair, Esq., John Passarelli, Esq., Carol Svolos, Esq. ||
| Defendant counsel: Mark Nebrig, Esq., Emily Pera, Esq. ||
| Presiding Judge: Hon. Thomas L. Parker | Mediator: Janice M. Holder |

I, Janice M. Holder, in accordance with the Court's Plan for Alternative Dispute Resolution, 5.11(b), hereby certify that I conducted mediation proceedings in the above-styled case on August 25, 2020.

As a result of that mediation held on August 25, 2020.

☐ The case has settled in whole.

  ☐ Case settled prior to scheduling first mediation session.

  ☐ Parties have agreed that _____ will prepare settlement agreement and stipulation for dismissal to be filed with the Court.

☒ The case has not settled.

  ☐ Mediation will continue on _____.

  ☑ The parties may schedule another session at a later date.

  ☐ Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing pleading has been served via the Court's Electronic Case Filing system to the following:

Pam Warnock Blair, Esq., John Passarelli, Esq., Carol Svolos, Esq.
Mark Nebrig, Esq., Emily Pera, Esq.

| Date | Electronic signature of Mediator: |
|---|---|
| August 26, 2020 | s/ Janice M. Holder |